## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

IN RE:                                          *   CASE No.:

    Charlotte Wise Jones                 *

                                              *   CHAPTER: 13

                    DEBTOR               *

### UNSWORN DECLARATION REGARDING PAY ADVICES

[✓]   I, **Charlotte Wise Jones**, do hereby declare under the penalty of perjury that I did not receive pay advices or other evidence of payment from an employer during the time period extending from  April 01 , 20 17 , through  June 03 , 20 17 , inclusive.

[ ]   I, **Charlotte Wise Jones**, do hereby declare under the penalty of perjury that I did not receive any wages or pay from an employer during the 60 days immediately prior to the date of the filing of the petition in the instant case.

Dated: 6/3/2017                        Signed: _/s/ Charlotte Wise Jones_

                                                             **Charlotte Wise Jones**